**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDONY RAMON CORLETO, | ) | NO. SACV 16-1137-CAS (KS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| CYNTHIA A. TAMPKINS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 2, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE